UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------- X
FIRST, LLC, a Delaware Limited Liability Company,    :    Civil Action No.
                                                     :    05-10544-JLT
    Plaintiff,                                       :
                                                     :
    v.                                               :
                                                     :
TIMOTHY MCARTHUR,                                    :
                                                     :
    Defendant.                                       :
---------------------------------------------------------- X

### STIPULATED MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

FIRST, LLC ("FIRST") and Timothy McArthur ("McArthur") respectfully request pursuant to F.R.C.P. 65(b) that the Court extend the Temporary Restraining Order ("TRO") granted by this Court on April 1, 2005 to and including May 2, 2005.

In support of this stipulated motion, the parties state:

1. The parties have been discussing settlement and hope to resolve this matter shortly. As a result, the parties believe it is appropriate to extend the TRO to give the parties additional time to resolve this matter.

WHEREFORE, FIRST and McArthur respectfully request the Court extend the TRO to and including May 2, 2005.

DATED: April 14, 2005

Respectfully submitted,

_____                       _____
Timothy McArthur, Pro Se                        Irwin B. Schwartz BBO #548763
2601 Sinclair Avenue, Apt. No. 1                Petrie Schwartz LLP
Concord, California 94519                       500 Boylston Street, Suite 1860
(925) 356-7106                                  Boston, Massachusetts 02116
(925) 356-7111 (fax)                            (617) 421-1800
                                                (617) 421-1810 (fax)

                                                Attorneys for Plaintiff
                                                FIRST, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST, LLC, a Delaware Limited Liability Company, | Civil Action No. 05-10544-JLT |
| Plaintiff, | |
| v. | |
| TIMOTHY MCARTHUR, | |
| Defendant. | |

## [PROPOSED] ORDER ON STIPULATED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

THIS MATTER is before the Court on the parties' Stipulated Motion to Extend the Temporary Restraining Order. The Court, having reviewed the pertinent portions of this file, and the parties stipulated motion, and being otherwise fully advised,

ORDERS that the previously entered Temporary Restraining Order is extended to and including May 2, 2005.

Dated: April ___, 2005

SO ORDERED,

_____
, J.