AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of   MASSACHUSETTS

FIRST, LLC

V.

TIMOTHY MCARTHUR

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10544 JLT**

TO: (Name and address of Defendant)

TIMOTHY MCARTHUR
2601 SINCLAIR AVE
APT. NO. 1
CONCORD, CA 94519-2655

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Irwin B. Schwartz, Esquire
Petrie Schwartz LLP
Suite 1860
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   3/22/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | March 23, 2005 |
| NAME OF SERVER *(PRINT)* Ken Edick | TITLE | Server/Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2619 Sinclair Avenue, Apt. 1 Concord, CA 94519

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | 90 Miles | SERVICES   Process Of Service | TOTAL   ~~$0.00~~ | $100.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 23, 2005
            *Date*                *Signature of Server*

2881 Whipporwill Dr., Morgan Hill, Ca 95037
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.